372 A.2d 846

Garner v. Garner, Appellant.

Submitted June 22, 1976. Robert P. Lipkin, for appellant; Leonidas A. Allen, for appellee.

Order affirmed.

372 A.2d 846

Guido, Appellant, v. Gartley, et al.

Submitted November 16, 1976. Louis H. Ceraso and Aaron M. Kress, for appellant; Joseph W. Conway, and Conway & Stabile, for appellees.

Order affirmed.